IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MICHAEL POLNAC | § | |
| | § | |
| v. | § | CASE NO. 4:20-CV-00666 |
| | § | |
| CITY OF SULPHUR SPRINGS, et. al. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the JOINT STIPULATION OF DISMISSAL ("STIPULATION") of Plaintiff Michael Polnac and Defendants City of Sulphur Springs, Joshua Davis and Justin Findley wherein the Parties stipulate to the dismissal with prejudice of all claims asserted by and against them in the above-captioned matter.

The Court approves the STIPULATION. Accordingly, this action be and hereby is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

SIGNED this 27th day of November, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE